Rel: June 13, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0548

1 Oak Grand, LLC v. Richard L. Crawford III, Lana D. Crawford, Miltmore, LLC, and Pat James (Appeal from Baldwin Circuit Court: CV-24-900114).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.